OPINION — AG — A MEMBER OF THE FREDERICK PLANNING COMMISSION IS AN OFFICER OF A MUNICIPAL SUBDIVISION AND FALLS WITHIN THE PROVISIONS OF 68 O.S. 1965 Supp., 2457 [68-2457], THAT NO PERSON SHALL BE APPOINTED TO THE COUNTY BOARD OF EQUALIZATION WHO "HAS BEEN AT ANY TIME DURING THE TWO (2) YEARS PRECEDING HIS APPOINTMENT AN OFFICER OF THE STATE, COUNTY, SCHOOL DISTRICT OR MUNICIPAL SUBDIVISION." CITE: 11 O.S. 1961 421 [11-421], 11 O.S. 1961 423 [11-423], 11 O.S. 1961 424 [11-424], 11 O.S. 1961 23 [11-23](B), 68 O.S. 1965 Supp., 2457 [68-2457], 51 O.S. 1961 6 [51-6] [51-6] (PENN LERBLANCE)